**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BROADCAST MUSIC, INC.; *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 12-cv-8090 |
| v. ) | |
| ) | Judge Edmond E. Chang |
| BERTUCCI OF HIGHWOOD, INC. d/b/a ) | |
| BERTUCCI'S; and BRUCE BERTUCCI, ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DISMISSAL**

Pursuant to FED. R. CIV. P. 41(a)(1)(i) and the parties' Settlement Agreement, Plaintiffs Broadcast Music, Inc., *et al.*, hereby provide notice of dismissal without prejudice of all claims asserted against Defendants Bertucci of Highwood, Inc. d/b/a Bertucci's and Bruce Bertucci. Pursuant to the Settlement Agreement, this dismissal shall be without prejudice and with leave to reinstate this case until April 1, 2015. If this action is not reinstated on or before April 1, 2015, this dismissal shall be converted to a dismissal with prejudice. Each party agrees to bear its or his own costs, expenses, and attorneys' fees.

Dated: March 4, 2013

                                                                                     Respectfully submitted,

                                                                                     By: /s/ Paul R. Coble
                                                                                         Charles A. Laff, Esq. (1558153)
                                                                                           calaff@michaelbest.com
                                                                                        Paul R. Coble, Esq. (6296105)
                                                                                           pcoble@michaelbest.com
                                                                                       Michael Best & Friedrich LLP
                                                                                       180 North Stetson Ave., Suite 2000
                                                                                       Chicago, IL 60601
                                                                                      (312) 222-0800
                                                                                       *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Paul R. Coble, an attorney of record in this matter, hereby certify that on March 4, 2013, I caused a true and correct copy of the foregoing **NOTICE OF DISMISSAL** to be filed with the Court's CM/ECF system, which provides service to all counsel of record via electronic mail.

    /s/Paul R. Coble
    Paul R. Coble